```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

HENRY JAMES SMILEY,             :
                                :
    Plaintiff,              :
                                :
vs.                             :   CIVIL ACTION 06-0858-WS-M
                                :
DONNA DAVIS, et al.,            :
                                :
    Defendants.             :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 3rd day of April, 2007.

                                          s/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE